(No. 5934— )

SANGAMO ELECTRIC COMPANY, Claimant, *vs.* STATE OF ILLINOIS,
SECRETARY OF STATE, Respondent.

*Opinion filed April 27, 1971.*

SANGAMO ELECTRIC COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

194

PERLIN, C.J.